```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 17641
   EDGAR F CONTRERAS
   DELIA CIRUELAS CONTRERAS                     CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8093    SSN XXX-XX-7062

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/09/2008 and was confirmed 09/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/08/2009.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
US BANK NATIONAL ASSOC   CURRENT MORTG         .00              .00            .00
US BANK NATIONAL ASSOC   MORTGAGE ARRE         .00              .00            .00
WESTWARD MANAGEMENT INC  SECURED           1973.06              .00          98.64
AT&T WIRELESS            UNSECURED       NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSECURED          535.26              .00            .00
SWEDISH COVENANT HOSPITA UNSECURED       NOT FILED              .00            .00
CITY OF CHGO DEPT OF ADM UNSECURED       NOT FILED              .00            .00
LVNV FUNDING/MHC RECEIVA UNSECURED          196.62              .00            .00
COMCAST                  UNSECURED       NOT FILED              .00            .00
CENTRAL HIGGINS DENTAL G UNSECURED       NOT FILED              .00            .00
LVNV FUNDING             UNSECURED          565.60              .00            .00
MERCHANTS CR             UNSECURED       NOT FILED              .00            .00
FIRST NATIONAL BANK OF M UNSECURED       NOT FILED              .00            .00
PALLINO                  UNSECURED       NOT FILED              .00            .00
UNIFUND CCR PARTNERS     UNSECURED       NOT FILED              .00            .00
US BANK NATIONAL         MORTGAGE NOTI   NOT FILED              .00            .00
ASSET ACCEPTANCE LLC     UNSECURED          172.60              .00            .00
ROUNDUP FUNDING LLC      UNSECURED         1246.78              .00            .00
ROUNDUP FUNDING LLC      UNSECURED         1259.46              .00            .00
BARCLAYS CAPITAL REAL ES MORTGAGE NOTI   NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSECURED         1928.98              .00            .00
BURNS & WINCEK LTD       DEBTOR ATTY      3,000.00                           665.75
TOM VAUGHN               TRUSTEE                                              59.61
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   824.00

PRIORITY                                        .00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 17641 EDGAR F CONTRERAS & DELIA CIRUELAS CONTRERAS
```

```
SECURED                                                           98.64
UNSECURED                                                           .00
ADMINISTRATIVE                                                    665.75
TRUSTEE COMPENSATION                                               59.61
DEBTOR REFUND                                                       .00
                                    ----------------    ----------------
TOTALS                                        824.00              824.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```